## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ANTONIO BUCKMAN,

        Plaintiff,

v.                                            Case No. 3:19-cv-953-J-32PDB

BRETT WARNER, et al.,

        Defendants.

## ORDER

Plaintiff, an inmate of the Florida penal system, is proceeding on a pro se Civil Rights Complaint (Doc. 1) against Sergeant Brett Warner, Officer Lucas Karr, Officer Hall, Lieutenant Stephen Thompson, and Dr. G. Emanoilidis. Before the Court is Defendant Emanoilidis' Motion to Dismiss (Doc. 25).[1] The Court advised Plaintiff that the granting of a motion to dismiss would be an adjudication of his claims that could foreclose subsequent litigation of the matter and gave Plaintiff an opportunity to respond. See Order (Doc. 6). Plaintiff filed a Response (Doc. 30) opposing Defendant's Motion.

Upon review of the parties' filings, the Court finds Defendant's Motion is due to be denied. At this stage of the litigation, taking Plaintiff's allegations as true, Plaintiff has stated a plausible claim for deliberate indifference against

---

[1] The remaining Defendants filed Answers (Docs. 17, 27).

Defendant Emanoilidis. See Foreman v. Santeiro, No. 2:13-CV-735-FTM-38CM, 2014 WL 4278699, at *5 (M.D. Fla. Aug. 28, 2014) (denying a motion to dismiss a deliberate indifference claim against a psychiatric doctor based on similar allegations). The Court further finds at this juncture that Defendant is not entitled to qualified immunity. Finally, as to Defendant's argument regarding the extent and cause of Plaintiff's injuries, the Court declines in this preliminary context—without any evidence—to make that determination. While Defendant's arguments may be raised in a properly-supported motion for summary judgment, the Court **DENIES** Defendant's Motion to Dismiss (Doc. 25).

A separate order will enter setting case management deadlines.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of September, 2020.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

JAX-3 9/11
c:
Antonio Buckman
Counsel of Record