UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO BUCKMAN,

        Plaintiff,

v.                                                          Case No. 3:19-cv-953-MMH-PDB

GEORGE EMANOILIDIS,

        Defendant.
_____

**ORDER**

        Defendant Emanoilidis filed a Motion for Summary Judgment on February 26, 2021 (Doc. 45). Plaintiff was previously directed to file his response to any motion for summary judgment by April 14, 2021. See Order (Doc. 42). As of the date of this Order, Plaintiff has failed to file a response to Defendant Emanoilidis's Motion (Doc. 45) or request additional time within which to do so. Accordingly, it is

        **ORDERED:**

        1.    By **May 26, 2021,** Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 42) or otherwise prosecute the case, pursuant to Rule 3.10, Local Rules of the United States District Court for the Middle District of Florida. If Plaintiff no

longer wishes to proceed with his claims against Defendant Emanoilidis, he may file a notice of voluntary dismissal.[1]

2.   Also, by **May 26, 2021**, Plaintiff shall file a response to Defendant's Motion for Summary Judgment (Doc. 45). Plaintiff's failure to timely comply with this Order will result in the dismissal of this case without further notice.

3.   The Order to Show Cause (Doc. 52) is **DISCHARGED**. See Defendant's Response (Doc. 54).

4.   Defendant's Motion for Leave to File Exhibit Under Seal (Doc. 48) and Defendant's Motion to Withdraw Exhibit Seven from Dr. Emanoilidis' Motion for Summary Judgment (Doc. 49) are **DENIED** per Defendant's Response (Doc. 54). The **Clerk** is directed to unseal the settlement agreement (Doc. 45-7).

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

caw 4/26
c:
Antonio Buckman, #Q09285
Counsel of Record

---

[1] In making his decision, he should consider the statute of limitations.

2