To: United States Court
Middle District of Florida
300 North Hogan St. Suite 9-150
Jacksonville, Fl 32202

LEGAL MAIL
Provided to Florida State Prison on
for mailing by

Date: 5-26-21

From: Antonio Buckman #Q09285
Florida State Prison
P.O. Box 800
Raiford, Fl 32083

In Re: Buckman V. Warner   Case No.: 3-19-cv-953-J-34

FILED
20 JUN -1 PM 12:

Dear Clerk,

        Please Be Advised that I Do not
wish to Respond to the Defendant's motion and I
seek that this case is officially closed.

        Thank you,

                                        Sincerely

                                        Antonio Buckman #Q09285